UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KORNG SEE,

    Petitioner,

    v.

DAVID JENNINGS, et al.,

    Respondents.

Case No. 17-cv-00225 NC

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 1, 1-3

Petitioner Korng See, an immigration detainee, seeks a writ of habeas corpus under 28 U.S.C. § 2241. See alleges he is in the government's custody, that his indefinite detention is unlawful under the Immigration and Nationality Act, 8 U.S.C. § 1226(a), and as a violation of See's substantive due process. See requests the Court to grant his writ of habeas corpus and order him released. Dkt. No. 1. See also filed an application asking the Court to issue an order to show cause, directing the government to show cause why his petition for a writ should not be granted. Dkt. No. 1-3.

The Court considered See's petition, and finds good cause shown under 28 U.S.C. § 2243. Thus, See's application for an order to show cause is GRANTED. The Court therefore ORDERS:

1. The government must file its response to See's petition by February 22, 2017.
2. See must file a reply to the government's response by February 27, 2017.
3. The Court will hold a hearing on See's petition on March 1, 2017, at 2:30 p.m., at

280 S. First St., San Jose, CA 95113 in Courtroom 7, 4th Floor.

**IT IS SO ORDERED.**

Dated: February 16, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge