UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KORNG SEE, | |
|---|---|
| Petitioner, | Case No. 17-cv-00225 NC |
| v. | **ORDER TO SHOW CAUSE FOR ADDITIONAL BRIEFING REGARDING MOOTNESS OF SEE'S HABEAS PETITION** |
| DAVID JENNINGS, et al., | |
| Respondent. | Re: Dkt. Nos. 1, 21 |

The Court reviewed the parties' March 17, 2017, Joint Status Report, and notes that Korng See was released from ICE custody. Dkt. No. 21. The immigration judge administratively closed See's case because of the failure to find a Lahu Yellow interpreter, though he declined to terminate the removal proceedings. *Id*. at 2.

The parties disagree as to whether See's habeas petition before the Court is now moot. *Id*. at 3-4. See argues the petition is not moot because ICE has broad discretion to re-detain him, while the government argues that because See is out of custody, the Court has no further relief to offer. The Court ORDERS the parties to file supplemental briefing regarding the mootness of the habeas petition. This supplemental briefing may not exceed five pages and must be filed with the Court by March 28, 2017.

**IT IS SO ORDERED.**

Dated: March 21, 2017  _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00225 NC